```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02387
  RAFAL KILJAN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-6682
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 02/12/07 and confirmed on 09/19/07.

   2. The plan is paid in full.

   3. The Debtor paid a total of $  24903.40 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GINALYN CLARK | SECURED | 15410.00 | .00 | 15410.00 |
| CNAC | SECURED VEHIC | .00 | .00 | .00 |
| CNAC | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 688.21 | .00 | 688.21 |
| COLLECTION PROFESSIONALS | UNSECURED | 163.27 | .00 | 163.27 |
| FMS INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2799.29 | .00 | 2799.29 |
| JERRY M SALZBERG | UNSECURED | NOT FILED | .00 | .00 |
| MIRAGE HOMEOWNERS ASSOC | SECURED | 1388.67 | .00 | 1388.67 |
| RICHARD E SEXNER | REIMBURSEMENT | 380.00 | .00 | 380.00 |

   Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16798.67 | 380.00 | 3650.77 | .00 | 20829.44 |
| PRINCIPAL PAID | 16798.67 | 380.00 | 3650.77 | .00 | 20829.44 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 16798.67 | 380.00 | 3650.77 | .00 | 20829.44 |

The Debtor's attorney, RICHARD E SEXNER             , was allowed $  2500.00
and was paid $   2500.00 .

The Trustee received $    1381.76 .

Refunds to the Debtor totaled $     192.20 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 06/24/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                                  PAGE  2
    CASE NO. 07 B 02387 RAFAL KILJAN
```